VIOLA MAE KING V. THE STATE.

No. 18974.   Delivered April 28, 1937.

The opinion states the case.

*J. M. Parker*, of Gorman, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is driving an automobile on a public highway while intoxicated; the punishment, a fine of fifty dollars.

The conviction is for a felony. No sentence appears in the record. Under the circumstances, this court is without jurisdiction.

We find in the transcript a copy of the verdict of the jury. The judgment of conviction recites that appellant waived a jury and that her cause was heard by the court. The judgment should have been based on the verdict of the jury.

The appeal is dismissed.

*Appeal dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.